IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH | 1:06-CV-1219 OWW SMS P |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| vs. | |
| KNOWLES, Warden, et al., | |
| Defendants. / | |

   Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a certified copy of his prison trust account statement. However, plaintiff has not submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff will be provided the opportunity to submit a completed application to proceed in forma pauperis **or** pay the $350.00 filing fee.

   Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

    2. Within thirty days of the date of service of this order, plaintiff shall submit a

1

completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:     September 27, 2006                                          /s/ Sandra M. Snyder
b6edp0                                                                  UNITED STATES MAGISTRATE JUDGE