# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH | 1:06-CV-01219-OWW-SMS-PC |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR CLARIFICATION AND AMPLIFICATION (Doc. 21) |
| KNOWLES, et. al., | |
| Defendants. | |

James E. Smith ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on September 7, 2006. On February 14, 2007, plaintiff filed a motion for "clarification and amplification of the above entitled cause of action." Plaintiff makes reference to 42 U.S.C. § 1983, Rule 16(b) and Rule 26(f) and requests "amplification on the pending action he is entitled to the relief he seeks under the Constitutional provision of the United States."

Plaintiff has not provided sufficient information for the court to make a ruling on his motion. It is not clear what plaintiff is asking for. In the event that plaintiff is requesting status of his case, plaintiff is advised that due to the large number of civil actions pending before the court, the court is unable to respond in writing to individual inquiries regarding the status of a case. Plaintiff is advised that as long as he keeps the court apprised of his current address, he

1 | will receive <u>all</u> court decisions which might affect the status of his case.  <u>See</u> Local Rule 83-
2 | 183(b).
3 |      Based on the foregoing, IT IS HEREBY ORDERED that plaintiff's motion for
4 | "clarification and amplification of the above entitled cause of action" is DENIED.
5 | IT IS SO ORDERED.
6 | **Dated:   February 29, 2008**          /s/ Sandra M. Snyder
    UNITED STATES MAGISTRATE JUDGE